# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

In Re: §

**TRISH SMITH**                                                                          Case No. **19-41152**
                                                                                          Chapter **13**

Debtor(s)                                    §

## MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's

plan as **CLAIM #16** has been filed by **ECMC** for **$93,818.32** (which was not previously

provided for) as an <u>Unsecured</u> claim to be paid pro-rata. The plan payment will *remain as*

*scheduled* for the remainder of the plan to pay this claim, make-up any delinquency that may

exist and to ensure the case pays out on time. Unsecured creditors will receive 45.6%.

WHEREFORE, the Trustee prays that this modification will be GRANTED

Date Prepared: _ OCT 0 1 2020

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O Box 1338
Gadsden, AL 35901
(256) 546-9262

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s), the
debtor(s) Trish Smith at 1741 Priebes Mill Road, Oxford, AL 36203 via US Mail, the debtor(s)
attorney of record, Shavon L. Richardson, Esq. via electronic mail at shavon@aclg.law and,
ECMC at POB 16478, St. Paul, MN 55116 via US Mail and, all creditors on the attached
matrix via US Mail on this date OCT 0 1 2020

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE

Label Matrix for local noticing
1126-1
Case 19-41152-JJR13
NORTHERN DISTRICT OF ALABAMA
Anniston
Fri Sep 25 12:40:21 CDT 2020

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Capital One
P.O.Box 30281
Salt Lake, City, UT 84130-0281

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Highpoint
4849 Greenville AVenue
Suite 800
Dallas TX 75206-4130

PNC Bank
2730 Liberty Avenue
Pittsburg, PA 15222-4747

Quest Diagnostic
P.O. Box 7306
Hollister, MO 65673-7306

Syncb/Amazon
P.O. Box 965015
Orlando, FL 32896-5015

Syncb/Old Navy
P.O. Box 965005
Orlando, FL 32896-5005

ALABAMA DEPARTMENT OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

U. S. Bankruptcy Court
1129 Noble Street, Room 117
Anniston, AL 36201-4674

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

ComenityBank/Wayfair
P.O. Box 182789
Columbus, OH 43218-2789

FNB of Omaha
P.O. Box 3412
Omaha, NE 68197-0001

(p)HOME POINT FINANCIAL CORPORATION
11511 LUNA ROAD
2ND AND 3RD FLOOR
FARMERS BRANCH TX 75234-6451

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

SYNCB/TJX Co
P.O. box 965015
Orlando, FL 32896-5015

Syncb/Belk
P.O. Box 965028
Orlando, FL 32896-5028

Synchrony Bank/Dicks
P.O. Box 965005
Orlando, FL 32896-5005

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

Alabama Department of Revenue
Legal Division
P.O. Box 320001
Montgomery, Alabama 36132-0001

CIT EDUCATION LOAN T
PHEAA
PO BOX 8147
PO BOX 8961
HARRISBURG, PA 17105

DSMB/Macys
P.O. Box 8218
Mason, OH 45040-8218

First National Bank of Omaha
c/o BQ & Associates, PC, LLO
14211 Arbor Street, Suite 100
Omaha, NE 68144-2312

Nelnet
P.O. Box 82561
Lincoln, NE 68501-2561

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

State of Alabama
Dept of Revenue
50 N. Ripley St.
Montgomery, AL 36132-0001

Syncb/Care Credit
P.O. Box 965036
Orlando, FL 32896-5036

Tanner Health Systems
Tanner Medical Center
1643 Lewis Avenue
Suite 203
Billings, MT 59102-4151

The Home Depot/CBNA
P. O. Box 6497
Sioux Falls, SD 57117-6497

U.S. Department of Education c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508-1911

United States Internal Revenue Ser
P.O. Box 7346
Philadelphia, PA 19101-7346

Linda Baker Gore
NON-PAYMENTS: P.O. Box 1338
Gadsden, AL 35902

Shawn Latress Richardson
Alabama Consumer Law Group, LLC
400 South Court Square
P.O. Drawer 756
Talladega, AL 35161-0756

Trish Smith
1741 Priebes Mill Road
Oxford, AL 36203-8990

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982234
El Paso, TX 79998-2235

Home Point Financial Corporation
11511 Luna Road, Suite 300
Farmers Branch, TX 75234

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Home Point Financial Corporation

(d)Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38